Exhibit 2 to the Complaint.

# U.S. Patent No. US 9,245,403 v. Lego
## Exemplary Claim 15

Exhibit 2 to the Complaint.

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [15.P] A method of operating a network server to control dispensing of a product by an automated dispenser, comprising: | Lego ("Company") performs and/or induces others to perform a method of operating a network server to control dispensing of a product by an automated dispenser.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a vending machine ("an automated dispenser"), to dispense toys ("product"). Further, it provides a feature of touchless payment, where a user utilizes his mobile phone to scan a reader on the machine and pay through multiple payment methods such as the Apple Pay application installed on the mobile phone, which requires an internet connection. Once the payment is successful, the vending machine dispenses the product selected by the user. |

Exhibit 2 to the Complaint.



Source: https://www.reddit.com/media?url=https%3A%2F%2Fi.redd.it%2Fo24do83cnwm61.jpg (annotated)

Exhibit 2 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:05 (annotated)

Exhibit 2 to the Complaint.



Source: https://www.youtube.com/watch?v=MYXTJPcqGhs&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=2, at 0:31

Exhibit 2 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 2 to the Complaint.

| | |
|---|---|
| [15.1] receiving, at the network server, a request to activate the automated dispenser to dispense the product, the request being received from a mobile device, the request comprises identification information for the automated dispenser, the request being generated by the mobile device responsive to an indicator associated with the automated dispenser being scanned by | Company performs and/or induces others to perform a method of receiving, at the network server, a request to activate the automated dispenser to dispense the product, the request being received from a mobile device, the request comprises identification information for the automated dispenser, the request being generated by the mobile device responsive to an indicator associated with the automated dispenser being scanned by the mobile device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the reader, unique to the vending machine, is scanned ("responsive to an indicator associated with the automated dispenser being scanned by the mobile device"), to make the payment, the dispensing of the selected product is initiated. Therefore, upon information and belief, a request is received from the mobile phone at the network server to activate the vending machine to dispense the product such that the request comprises the identification information of the vending machine.<br><br> indicator |

Exhibit 2 to the Complaint.

| the mobile device | Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15 (annotated)<br><br><br><br>Source: https://www.youtube.com/watch?v=znIOqQLbNFk, at 1:33 (annotated) |
|---|---|

Exhibit 2 to the Complaint.

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=MYXTJPcqGhs&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=2, at 0:31<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [15.2] detecting an identity of the automated dispenser based on the identification information | Company performs and/or induces others to perform a method of detecting an identity of the automated dispenser based on the identification information from the request.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the reader scanned by the user's mobile phone is unique to the vending machine. Therefore, it would be apparent to a person having ordinary skill in the art that the identity of the vending machine is detected. |

Exhibit 2 to the Complaint.

| | |
|---|---|
| from the request; | ![payment terminal image] |
| | Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15 |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [15.3] determining whether to approve or deny the request to activate the automated dispenser | Company performs and/or induces others to perform a method of determining whether to approve or deny the request to activate the automated dispenser.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user holds the mobile phone near the reader until the payment is approved. Therefore, it would be apparent to a person having ordinary skill in the art that the server determines whether to approve or deny the request to activate the vending machine. |

10

Exhibit 2 to the Complaint.

### How to pay using Apple Pay in stores and other places

With your iPhone or Apple Watch, you can use Apple Pay in stores, restaurants, gas stations, taxis, or wherever else you see one of these symbols[1].

#### Pay with your iPhone

1. To use your default card:
   - If your iPhone has Face ID, double-click the side button. If prompted, authenticate with Face ID or enter your passcode to open Apple Wallet.
   - If your iPhone has Touch ID, double-click the Home button.
2. To use a different card, tap your default card to see your other cards. Tap a new card and authenticate.
3. Hold the top of your iPhone near the contactless reader until Done and a checkmark appear on the display.

Source: https://support.apple.com/en-us/HT201239

11

Exhibit 2 to the Complaint.



Source: https://www.youtube.com/watch?v=znIOqQLbNFk, at 1:33

Exhibit 2 to the Complaint.



Source: https://www.youtube.com/watch?v=znIOqQLbNFk, at 1:34

Exhibit 2 to the Complaint.

|  | <br>Source: https://www.youtube.com/watch?v=MYXTJPcqGhs&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=2, at 0:31<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
|---|---|
| [15.4] responsive to approving the request, transmitting an activation signal to the automated | Company performs and/or induces others to perform a method of transmitting an activation signal to the automated dispenser to cause the automated dispenser to dispense the product, responsive to approving the request.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, if the payment is approved, the selected product gets dispensed from the vending machine ("responsive to approving the request, transmitting an activation signal to the automated dispenser to cause the automated dispenser to dispense the product"). |

14

Exhibit 2 to the Complaint.

| | |
|---|---|
| dispenser to cause the automated dispenser to dispense the product; and |   Source: https://www.youtube.com/watch?v=znIOqQLbNFk, at 1:34 |

Exhibit 2 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:31 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 2 to the Complaint.

| [15.5] responsive to denying the request, transmitting an indication that the request is rejected from the network server to the mobile device. | Company performs and/or induces others to perform a method of transmitting an indication that the request is rejected from the network server to the mobile device, responsive to denying the request.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, upon information and belief, if the payment is not approved ("responsive to denying the request"), the product would not be dispensed ("transmitting an indication that the request is rejected from the network server to the mobile device").<br><br><br><br>Source: https://www.youtube.com/watch?v=MYXTJPcqGhs&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=2, at 0:31<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

17

Exhibit 2 to the Complaint.

## 2. List of References

1. https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3 , last accessed on 18th December, 2023.
2. https://www.youtube.com/watch?v=znIOqQLbNFk , last accessed on 18th December, 2023.
3. https://www.reddit.com/media?url=https%3A%2F%2Fi.redd.it%2Fo24do83cnwm61.jpg, last accessed on 18th December, 2023.
4. https://support.apple.com/en-us/HT201239, last accessed on 18th December, 2023.