Exhibit 4 to the Complaint.

# U.S. Patent No. US 9,959,530 v. Lego
## Claims 1, 9, 14.

Exhibit 4 to the Complaint.

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]    A method    for controlling dispensing of a    product from    an automated dispenser, executed at a mobile computing device, comprising: | Lego ("Company") performs and/or induces others to perform a method for controlling dispensing of a product from an automated dispenser, executed at a mobile computing device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a vending machine ("automated dispenser"), that includes features such as touchless payment, where a user utilizes his mobile phone ("mobile computing device") to scan a reader on the machine to pay and dispense the products.<br><br><br>Automated dispenser |

Exhibit 4 to the Complaint.

Source: https://www.reddit.com/media?url=https%3A%2F%2Fi.redd.it%2Fo24do83cnwm61.jpg (annotated)



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:05 (annotated)

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=MYXTJPcqGhs&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=2, at 0:31

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 4 to the Complaint.

| [1.1] reading an identifier associated with the automated dispenser; | Company performs and/or induces others to perform a method of reading an identifier associated with the automated dispenser. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, to facilitate payment and product dispensing, the user scans the reader ("identifier") on the machine. <br><br>  |

Exhibit 4 to the Complaint.

Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15 (annotated)



Source: https://www.youtube.com/watch?v=MYXTJPcqGhs&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=2, at 0:31

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 4 to the Complaint.

| [1.2] responsive to reading the identifier associated with the automated dispenser, generating a request to activate the automated dispenser to dispense the product, the request comprising: | Company performs and/or induces others to perform a method of generating a request to activate the automated dispenser to dispense the product responsive to reading the identifier associated with the automated dispenser.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the reader is scanned ("responsive to reading the identifier") to make the payment, the dispensing of the product is initiated. Therefore, upon information and belief, a request is generated to activate the vending machine to dispense the product.<br><br><br><br>Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

Exhibit 4 to the Complaint.

| | |
|---|---|
| [1.3] identification data based on the identifier associated with the automated dispenser; and | Company performs and/or induces others to perform a method of generating a request comprising identification data based on the identifier associated with the automated dispenser.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the reader scanned by the user's mobile phone is unique to the vending machine. Therefore, it would be apparent to a person having ordinary skill in the art that the request generated during scanning the reader comprises the identification data of the vending machine.<br><br><br><br>Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

Exhibit 4 to the Complaint.

| [1.4]   an identifier   of the   product; and | Company performs and/or induces others to perform a method of generating a request comprising an identifier of the product. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, after completing the scanning and payment, the selected product is dispensed. Therefore, it would be apparent to a person having ordinary skill in the art that the request generated to activate the vending machine comprises the identifier of the selected product such as a toy. |
| |  |

Exhibit 4 to the Complaint.

|  | Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:05 (annotated)<br><br><br><br>Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.5] transmitting the request to the | Company performs and/or induces others to perform a method of transmitting the request to the automated dispenser based upon first user input to the mobile computing device, the request configured to trigger the automated dispenser to dispense the product in response to authorizing the request, wherein the automated dispenser authorizes the request without requiring user input to the mobile computing device additional to the first user input. |

Exhibit 4 to the Complaint.

| | |
|---|---|
| automated dispenser based upon<br><br>first user input to the mobile computing device, the request configured to trigger the automated dispenser to dispense the product in response to authorizing the request, wherein the automated dispenser authorizes the request without requiring user input to the mobile computing device additional to the first user input. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the vending machine allows the user to scan and pay through multiple payment methods such as the Apple Pay application, where the user taps ("first user input") a card for authentication and then holds the mobile device near the reader until the payment is approved ("the automated dispenser authorizes the request without requiring user input to the mobile computing device additional to the first user input"). Further, when the payment is successful, the selected product is dispensed from the machine ("the request configured to trigger the automated dispenser to dispense the product in response to authorizing the request").<br><br>## How to pay using Apple Pay in stores and other places<br><br>With your iPhone or Apple Watch, you can use Apple Pay in stores, restaurants, gas stations, taxis, or wherever else you see one of these symbols[1].<br><br><br><br>Source: https://support.apple.com/en-us/HT201239 |

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=znIOqQLbNFk, at 1:33

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=znIOqQLbNFk, at 1:34

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:31 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 4 to the Complaint.

| | |
|---|---|
| [9.P]   A mobile computing device, comprising: | Company makes, uses, sells and/or offers to sell a mobile computing device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a vending machine that includes features such as touchless payment, where a user utilizes his mobile phone ("mobile computing device") to scan a reader on the machine to pay and dispense the products.<br><br><br>Source: https://www.reddit.com/media?url=https%3A%2F%2Fi.redd.it%2Fo24do83cnwm61.jpg |

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=znIOqQLbNFk, at 1:33 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [9.1]    a processor; and | Company makes, uses, sells and/or offers to sell a system comprising a processor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to facilitate product dispensing, the user, with his mobile phone, scans the reader placed on the vending machine. Therefore, it would be apparent to a person having ordinary skill in the art that the phone comprises a processor to process the function of scanning. |

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=znIOqQLbNFk, at 1:33

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [9.2] memory, the memory comprising instructions that, when executed by the processor, | Company makes, uses, sells and/or offers to sell a system comprising a memory, the memory comprising instructions that, when executed by the processor, cause the processor to perform acts.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to facilitate product dispensing, the user makes payment through multiple payment methods such as the Apple Pay application. Therefore, it would be apparent to the person having ordinary skill in the art, that the phone comprises a memory to store the application. |

Exhibit 4 to the Complaint.

| | |
|---|---|
| cause the processor to perform acts comprising: | <br><br>Source: https://www.youtube.com/watch?v=znIOqQLbNFk, at 1:33<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [9.3] receiving an identifier, the identifier identifying an automated dispenser; | Company performs and/or induces others to perform a method of receiving an identifier, the identifier identifying an automated dispenser.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the reader scanned ("receiving an identifier") by the user's mobile phone is unique to the vending machine. Therefore, it would be apparent to a person having ordinary skill in the art that the reader identifies the vending machine. |

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 4 to the Complaint.

| | |
|---|---|
| [9.4] responsive to receiving the identifier identifying the automated dispenser, creating an activation request to activate the automated dispenser to cause dispensing of a product, the activation request comprising identification data based on the identifier identifying the automated dispenser and an identifier of the product; and | Company performs and/or induces others to perform a method of creating an activation request to activate the automated dispenser to cause dispensing of a product, responsive to receiving the identifier identifying the automated dispenser, the activation request comprising identification data based on the identifier identifying the automated dispenser and an identifier of the product.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the reader is scanned ("responsive to receiving the identifier identifying the automated dispenser") to make the payment, the dispensing of the selected product is initiated. Therefore, upon information and belief, an activation request is created to activate the vending machine to dispense the product such that the request comprises the identification data of the vending machine and the identifier of the selected product such as a toy. |

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15 (annotated)

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:05 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 4 to the Complaint.

| | |
|---|---|
| [9.5] transmitting the activation request to the automated dispenser based upon first user input to the mobile computing device, the activation request configured to cause the automated dispenser to trigger dispensing of the product when the automated dispenser determines that the activation request is authorized, the automated dispenser | Company performs and/or induces others to perform a method of transmitting the activation request to the automated dispenser based upon first user input to the mobile computing device, the activation request configured to cause the automated dispenser to trigger dispensing of the product when the automated dispenser determines that the activation request is authorized, the automated dispenser determines that the activation request is authorized without requiring second user input to the mobile computing device additional to the first user input.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the vending machine allows the user to scan and pay through multiple payment methods such as the Apple Pay application, where the user taps ("first user input") a card for authentication and then holds the mobile device near the reader until the payment is approved ("the automated dispenser determines that the activation request is authorized without requiring second user input to the mobile computing device additional to the first user input"). Further, when the payment is successful, the selected product is dispensed from the machine ("the automated dispenser to trigger dispensing of the product when the automated dispenser determines that the activation request is authorized"). |

Exhibit 4 to the Complaint.

| determines that the activation request is authorized without requiring second user input to the mobile computing device additional to the first user input. | ## How to pay using Apple Pay in stores and other places |
|---|---|

With your iPhone or Apple Watch, you can use Apple Pay in stores, restaurants, gas stations, taxis, or wherever else you see one of these symbols[1].

### Pay with your iPhone

1. To use your default card:

   - If your iPhone has Face ID, double-click the side button. If prompted, authenticate with Face ID or enter your passcode to open Apple Wallet.

   - If your iPhone has Touch ID, double-click the Home button.

2. To use a different card, tap your default card to see your other cards. Tap a new card and authenticate.

3. Hold the top of your iPhone near the contactless reader until Done and a checkmark appear on the display.



Source: https://support.apple.com/en-us/HT201239

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=znIOqQLbNFk, at 1:33

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=znIOqQLbNFk, at 1:34

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:31 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 4 to the Complaint.

| [14.P]   A method executed at a mobile computing device, the method comprising | Company performs and/or induces others to perform a method executed at a mobile computing device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a vending machine that includes features such as touchless payment, where a user utilizes his mobile phone ("mobile computing device") to scan a reader on the machine to pay and dispense the products.<br><br><br><br>Source: https://www.reddit.com/media?url=https%3A%2F%2Fi.redd.it%2Fo24do83cnwm61.jpg |

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=znIOqQLbNFk, at 1:33 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [14.1] scanning an identifier associated with an automated dispenser; and | Company performs and/or induces others to perform a method of scanning an identifier associated with an automated dispenser. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, to facilitate payment and product dispensing, the user scans the reader ("identifier") on the machine. |

Exhibit 4 to the Complaint.



identifier

Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15 (annotated)

Exhibit 4 to the Complaint.



Source:                    https://www.youtube.com/watch?v=MYXTJPcqGhs&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=2, at 0:31

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [14.2] transmitting a request to the automated dispenser | Company performs and/or induces others to perform a method of transmitting a request to the automated dispenser based upon first user input to the mobile computing device. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

Exhibit 4 to the Complaint.

| | |
|---|---|
| based upon first user input to the mobile computing device, the request comprising | For example, the vending machine allows the user to scan and pay through multiple payment methods such as the Apple Pay application, where the user taps ("first user input") a card for authentication and then holds the mobile device near the reader until the payment is approved. Further, when the payment is successful, the selected product is dispensed from the machine. Therefore, it would be apparent to a person having ordinary skill in the art that a request is transmitted to the vending machine. |

## How to pay using Apple Pay in stores and other places

With your iPhone or Apple Watch, you can use Apple Pay in stores, restaurants, gas stations, taxis, or wherever else you see one of these symbols[1].

### Pay with your iPhone

1. To use your default card:
   - If your iPhone has Face ID, double-click the side button. If prompted, authenticate with Face ID or enter your passcode to open Apple Wallet.
   - If your iPhone has Touch ID, double-click the Home button.
2. To use a different card, tap your default card to see your other cards. Tap a new card and authenticate.
3. Hold the top of your iPhone near the contactless reader until Done and a checkmark appear on the display.



Source: https://support.apple.com/en-us/HT201239

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 4 to the Complaint.

| [14.3] identification data that identifies the automated dispenser, the identification data generated by the mobile computing device responsive to scanning the identifier; and | Company performs and/or induces others to perform a method of transmitting the request where the request comprises identification data that identifies the automated dispenser, the identification data generated by the mobile computing device responsive to scanning the identifier.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the reader scanned by the user's mobile phone is unique to the vending machine. Therefore, it would be apparent to a person having ordinary skill in the art that the request generated during scanning the reader comprises the identification data of the vending machine.<br><br><br><br>Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15 |

Exhibit 4 to the Complaint.

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [14.4] an indication of a product to be dispensed by the automated dispenser | Company performs and/or induces others to perform a method of transmitting the request where the request comprises an indication of a product to be dispensed by the automated dispenser.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after completing the scanning and payment, the selected product is dispensed. Therefore, it would be apparent to a person having ordinary skill in the art that the request transmitted to the vending machine comprises an indication of a product to be dispensed by the vending machine. |

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:05 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 4 to the Complaint.

| | |
|---|---|
| [14.5] wherein the request is configured to cause the automated dispenser to dispense the product, dispensing of the product triggered by the automated dispenser determining that the request is authorized, wherein the automated dispenser determines that the request is authorized without requiring second user input to the mobile computing | Company performs and/or induces others to perform a method wherein the request is configured to cause the automated dispenser to dispense the product, dispensing of the product triggered by the automated dispenser determining that the request is authorized, wherein the automated dispenser determines that the request is authorized without requiring second user input to the mobile computing device additional to the first user input.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after tapping on the card in the Apple Pay application, the user holds the mobile device near the reader until the payment is approved ("the automated dispenser determines that the request is authorized without requiring second user input to the mobile computing device additional to the first user input"). Further, when the payment is successful, the selected product is dispensed from the machine ("the request is configured to cause the automated dispenser to dispense the product determining that the request is authorized"). |

Exhibit 4 to the Complaint.

| device additional to the first user input. | ## How to pay using Apple Pay in stores and other places |
|---|---|
| | With your iPhone or Apple Watch, you can use Apple Pay in stores, restaurants, gas stations, taxis, or wherever else you see one of these symbols[1]. |
| | ### Pay with your iPhone |
| | 1. To use your default card: |
| | • If your iPhone has Face ID, double-click the side button. If prompted, authenticate with Face ID or enter your passcode to open Apple Wallet. |
| | • If your iPhone has Touch ID, double-click the Home button. |
| | 2. To use a different card, tap your default card to see your other cards. Tap a new card and authenticate. |
| | 3. Hold the top of your iPhone near the contactless reader until Done and a checkmark appear on the display. |
| | Source: https://support.apple.com/en-us/HT201239 |

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:15

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=znIOqQLbNFk, at 1:33

Exhibit 4 to the Complaint.



Source: https://www.youtube.com/watch?v=znIOqQLbNFk, at 1:34

Exhibit 4 to the Complaint.



dispensed product

Source: https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3, at 0:31 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 4 to the Complaint.

## 2. List of References

.
1. https://www.youtube.com/watch?v=KB1mhxB9Dyo&list=PLM-O5LAOtfb3QrErsOGd8Z9W9CXF5VpSr&index=3 , last accessed on 18th December, 2023.
2. https://www.youtube.com/watch?v=znIOqQLbNFk , last accessed on 18th December, 2023.
3. https://www.reddit.com/media?url=https%3A%2F%2Fi.redd.it%2Fo24do83cnwm61.jpg, last accessed on 18th December, 2023.
4. https://support.apple.com/en-us/HT201239, last accessed on 18th December, 2023.